AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| Elexander Adkinson ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 2:26-cv-00071-RBS-LRLVAED |
| CSX Transportation, Inc., et al ) | |
| *Defendant* ) | |

### APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Norfolk & Portsmouth Belt Line Railroad Co.

Date:   02/13/2026

*Attorney's signature*

James L. Chapman, IV (VSB No. 21983)
*Printed name and bar number*
150 W. Main Street, Suite 1923
Norfolk, VA 23510

*Address*

jchapman@cwm-law.com
*E-mail address*

(757) 623-3000
*Telephone number*

(757) 623-5735
*FAX number*