IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
*Norfolk Division*

**ELEXANDER ADKINSON,**

    *Plaintiff*,

v.                                                             Civil Action No. 2:26-cv-71-RBS-LRL

**CSX TRANSPORTATION, INC.,**

**NORFOLK AND PORTSMOUTH BELT LINE RAILROAD CO.,**

**and**

**NORFOLK SOUTHERN RAILWAY CORP.,**

    *Defendants*.

### AGREED MOTION FOR EXTENSION OF TIME TO ANSWER
### OR OTHERWISE RESPOND TO COMPLAINT

Plaintiff Elexander Adkinson ("Plaintiff") and Defendants CSX Transportation, Inc., Norfolk and Portsmouth Belt Line Railroad Co., and Norfolk Southern Railway Corp. (collectively, "Defendants"), by and through their undersigned counsel, jointly move the Court, pursuant to Federal Rule of Civil Procedure 6(b) and Local Civil Rule 7, for entry of an agreed order extending Defendants' deadline to answer or otherwise respond to Plaintiff's Complaint.

1. Defendants' current deadlines to answer or otherwise respond to the Complaint are between February 17, 2026 and February 20, 2026.

2. The parties jointly request an extension of those deadlines to March 10, 2026.

3. Good cause exists for this extension to allow Defendants adequate time to investigate and evaluate the allegations in the Complaint and to prepare appropriate responses.

4. No prior extensions of this deadline have been requested or granted.

5. This request is made in good faith, is not sought for purposes of delay, and will not prejudice any party.

WHEREFORE, the parties, by counsel, respectfully request that the Court enter the accompanying Agreed Order extending Defendants' deadline to answer or otherwise respond to the Complaint to March 10, 2026.

Dated: February 12, 2026                    Respectfully submitted,


<u>s/Nicholas D. Thompson</u>
Nicholas D. Thompson (VSB 92821)
Casey Jones Law Firm
323 N Washington Ave Ste 200
Minneapolis, MN 55401
(612) 293-5249
nthompson@caseyjones.law

*Attorneys for Plaintiff*
*Elexandar Adkinson*

*- and -*


<u>s/Joseph C. Devine</u>
Joseph C. Devine (pro hac vice forthcoming)
Kiera A. Zacher (pro hac vice forthcoming)
BAKER & HOSTETLER, LLP
200 Civic Center Drive, Suite 1200
Columbus, Ohio 43215
(614) 228-1541
jdevine@bakerlaw.com
kzacher@bakerlaw.com

*Attorneys for Defendants CSX Transportation, Inc., and Norfolk Southern Railway Corp.*


*- and -*

*s/James L. Chapman, IV*
James L. Chapman, IV (VSB No. 21983)
CRENSHAW, WARE & MARTIN, P.L.C.
150 W. Main Street, Suite 1923
Norfolk, VA 23510
(757) 623-3000
jchapman@cwm-law.com

*Attorneys for Defendant Norfolk and Portsmouth Belt Line Railroad Co.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of February, 2026, I caused a true and correct copy of the foregoing Agreed Motion and Proposed Order for Extension of Time to Answer or Otherwise Respond to Complaint to be served via the United States District Court CM/ECF system on all parties or persons requiring notice.

By: *s/James L. Chapman, IV*
James L. Chapman, IV, VSB No. 21983
CRENSHAW, WARE & MARTIN, P.L.C.
150 W. Main Street, Suite 1923
Norfolk, Virginia 23510
Telephone: (757) 623-3000
Facsimile: (757) 623-5735
jchapman@cwm-law.com

*Counsel for Norfolk and Portsmouth Belt Line Railroad Company*