IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
*Norfolk Division*

**ELEXANDER ADKINSON,**

    *Plaintiff*,

v.                                              Civil Action No. 2:26-cv-71-RBS-LRL

**CSX TRANSPORTATION, INC.,**

**NORFOLK AND PORTSMOUTH BELT LINE RAILROAD CO.,**

**and**

**NORFOLK SOUTHERN RAILWAY CORP.,**

    *Defendants*.

**AGREED ORDER GRANTING MOTION FOR EXTENSION
OF TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

This matter is before the Court on the parties' Agreed Motion for Extension of Time to Answer or Otherwise Respond to Complaint, filed pursuant to Federal Rule of Civil Procedure 6(b) and Local Civil Rule 7. The Court, having considered the parties' joint request and for good cause shown, hereby ORDERS that Defendants' deadline to answer or otherwise respond to Plaintiff's Complaint is EXTENDED to March 10, 2026.

ENTERED this _____ day of February, 2026.

                                                        _____
                                                        Rebecca Beach Smith
                                                      Senior United States District Judge