IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
*Norfolk Division*

**ELEXANDER ADKINSON,**

    *Plaintiff*,

v.                                                        Civil Action No. 2:26-cv-71-RBS-LRL

**CSX TRANSPORTATION, INC.,**

**NORFOLK AND PORTSMOUTH
BELT LINE RAILROAD CO.,**
and

**NORFOLK SOUTHERN RAILWAY CORP.,**

    *Defendants*.

**DEFENDANT NORFOLK AND PORTSMOUTH BELT LINE RAILROAD CO.'S
MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

COMES NOW Defendant Norfolk and Portsmouth Belt Line Railroad Co. ("Belt Line"), by counsel, and moves to dismiss Plaintiff's Complaint under Fed. R. Civ. P. 12(b)(6), and, for lack of subject-matter jurisdiction, under Fed. R. Civ. P. 12(b)(1) and 12(h)(3), as set forth in the accompanying memorandum and Local Civil Rule 7.

WHEREFORE, the Belt Line respectfully requests that the Court:

1. Dismiss Plaintiff's FRSA claim against the Belt Line pursuant to Rule 12(b)(6);

2. Dismiss Plaintiff's Va. Code § 65.2-308 claim against the Belt Line pursuant to Rule 12(b)(6);

3. In the alternative, if no independent basis for original jurisdiction remains, dismiss any remaining state-law claim under Rules 12(b)(1) and 12(h)(3), or decline supplemental jurisdiction and dismiss without prejudice under 28 U.S.C. § 1367(c); and

4. Grant such other and further relief as the Court deems just and proper.

<table>
<tr><td>Dated: March 10, 2026</td><td>NORFOLK AND PORTSMOUTH BELT LINE RAILROAD COMPANY</td></tr>
</table>

By: _____/s/_____
James L. Chapman, IV, VSB No. 21983
W. Ryan Snow, VSB No. 47423
Andrea' N. Dunlap, VSB No. 98030
CRENSHAW, WARE & MARTIN, P.L.C.
150 W. Main Street, Suite 1923
Norfolk, Virginia 23510
Telephone: (757) 623-3000
Facsimile: (757) 623-5735
jchapman@cwm-law.com
wrsnow@cwm-law.com
adunlap@cwm-law.com
*Counsel for Norfolk and Portsmouth Belt Line Railroad Company*

## CERTIFICATE OF SERVICE

I certify that on this 10th day of March 2026, a true copy of the foregoing was electronically filed with the Clerk of the Court using the Court's CM/ECF system, which will send a notice of electronic filing to all registered counsel of record.

By: _____/s/_____
Andrea' N. Dunlap, Esq.