# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA
*Norfolk Division*

| | |
|---|---|
| **ELEXANDER ADKINSON**,<br><br>*Plaintiff*,<br><br>v.<br><br>**CSX TRANSPORTATION, INC., NORFOLK & PORTSMOUTH BELT LINE RAILROAD CO., AND NORFOLK SOUTHERN RAILWAY CORP.**,<br><br>*Defendants*. | Case No.: 2:26-cv-00071-RBS-LRL |

## DEFENDANTS CSX TRANSPORTATION, INC. AND NORFOLK SOUTHERN RAILWAY CO.'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT

Defendants CSX Transportation, Inc. ("CSX") and Norfolk Southern Railway Co.[1] ("NS") by and through counsel, hereby submit their Motion to Dismiss Plaintiff Elexander Adkinson's Complaint. (Dkt. No. 1). For the reasons set forth in the memorandum in support filed in conjunction with this Motion, this Court lacks subject matter jurisdiction over this case and, alternatively, the allegations in the Complaint fail to state a claim upon which relief can be granted. Accordingly, the Complaint must be dismissed as to CSX and NS.

---

[1] Plaintiff incorrectly named Norfolk Southern Railway Corp. as a Defendant in this matter. The correct legal entity is Norfolk Southern Railway Co.

Respectfully submitted,


*/s/* Forrest M. Via
Forrest M. Via (VSB. No. 98853)
David Bowen (VSB No. 26771)
Willcox Savage
440 Monticello Avenue, Suite 2200
Norfolk, Virginia 23510
(757) 628-5500
dbowen@wilsav.com


Joseph C. Devine (*pro hac vice* forthcoming)
BAKER & HOSTETLER LLP
200 Civic Center Drive, Suite 1200
Columbus, Ohio 43215
(614) 228-1541
jdevine@bakerlaw.com

*Counsel for Defendants CSX Transportation, Inc. and Norfolk Southern Railway Co.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 10, 2026, a copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send notice of such filing to all parties of record.

>*/s/* Forrest M. Via
>Forrest M. Via (VSB No. 98853)
>David Bowen (VSB No. 26771)
>Willcox Savage
>440 Monticello Avenue, Suite 2200
>Norfolk, Virginia 23510
>(757) 628-5500
>fvia@wilsav.com
>dbowen@wilsav.com
>Counsel for Defendants CSX Transportation, Inc.
>and Norfolk Southern Railway Company