UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
_____Norfolk_____ DIVISION

Elezander Adkinson
_____

                vs.                                  Civil/Criminal Action No. 2:26-cv-71-RBS-LRL
CSX Transportation, Inc. et al
_____

# FINANCIAL INTEREST DISCLOSURE STATEMENT

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for
Norfolk Southern Railway Company
_____
in the above captioned action, certifies that the following are parents, trusts, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public or own more than ten percent of the stock of the following:
Norfolk Southern Corporation
_____
_____

Or

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for
_____
in the above captioned action, certifies that the following are parties in the partnerships, general or limited, or owners or members of non-publicly traded entities such as LLCs or other closely held entities:
_____
_____

Or

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualifications or recusal, the undersigned counsel for
_____
in the above captioned action, certifies that there are no parents, trusts, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public.

March 10, 2026                                   Forrest M. Via Counsel for Norfolk Southern Railway Co.
_____                 _____
Date                                                   Signature of Attorney or Litigant
                                                       Counsel for _____

Rev. 03/12/19