**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
*Norfolk Division*

|  |  |
|---|---|
| **ELEXANDER ADKINSON**, | |
| *Plaintiff*, | Case No.: 2:26-cv-00071-RBS-LRL |
| v. | |
| **CSX TRANSPORTATION, INC.,** **NORFOLK & PORTSMOUTH BELT** **LINE RAILROAD CO., AND NORFOLK** **SOUTHERN RAILWAY CORP.**, | |
| *Defendants*. | |

**DEFENDANTS CSX TRANSPORTATION, INC. AND NORFOLK SOUTHERN**
**RAILWAY CO.'S PARTIAL MOTION TO DISMISS**
**PLAINTIFF'S AMENDED COMPLAINT**

Defendants CSX Transportation, Inc. ("CSX") and Norfolk Southern Railway Co.[1] ("NS") by and through counsel, hereby submit their Partial Motion to Dismiss Plaintiff Elexander Adkinson's Amended Complaint. (Dkt. No. 18). For the reasons set forth in the memorandum in support filed in conjunction with this Motion, the allegations in the Amended Complaint fail to state a claim upon which relief can be granted as to Plaintiff's cause of action under Va. Cd. § 65.2-308. Accordingly, Plaintiff's claim under Va. Cd. § 65.2-308 must be dismissed as to CSX and NS.[2]

---

[1] Plaintiff incorrectly named Norfolk Southern Railway Corp. as a Defendant in this matter. The correct legal entity is Norfolk Southern Railway Co.

[2] In the event Defendant Norfolk & Portsmouth Belt Line Railroad Co. ("Belt") separately files a motion to dismiss Plaintiff's Amended Complaint in full, and should this Court grant a motion to dismiss filed by Belt, CSX and NS respectfully request that this Court likewise dismiss all claims against CSX and NS with prejudice on the same grounds.

Respectfully submitted,


*/s/ Forrest M. Via*

Forrest M. Via (VSB. No. 98853)
David Bowen (VSB No. 26771)
Willcox Savage
440 Monticello Avenue, Suite 2200
Norfolk, Virginia 23510
(757) 628-5500
fvia@wilsav.com
dbowen@wilsav.com


*/s/ Joseph C. Devine*

Joseph C. Devine (*pro hac vice* pending)
BAKER & HOSTETLER LLP
200 Civic Center Drive, Suite 1200
Columbus, Ohio 43215
(614) 228-1541
jdevine@bakerlaw.com

*Counsel for Defendants CSX Transportation, Inc.
and Norfolk Southern Railway Co.*


## CERTIFICATE OF SERVICE

I hereby certify that on March 26, 2026, a copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send notice of such filing to all parties of record.


*/s/ Forrest M. Via*

Forrest M. Via (VSB. No. 98853)

2