**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
*Norfolk Division*

ELEXANDER ADKINSON,

    *Plaintiff,*

v.                                        **Civil Action No. 2:26-cv-71-RBS-LRL**

CSX TRANSPORTATION, INC.,

NORFOLK AND PORTSMOUTH
BELT LINE RAILROAD CO.,
and

NORFOLK SOUTHERN RAILWAY CORP.,

    *Defendants.*

**DEFENDANT NORFOLK AND PORTSMOUTH BELT LINE RAILROAD CO.'S**
**MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT**

Defendant Norfolk and Portsmouth Belt Line Railroad Co. ("Belt Line"), by counsel, respectfully moves to dismiss Plaintiff's Amended Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) and, to the extent Plaintiff purports to assert any remaining state-law claim, pursuant to Rules 12(b)(1) and 12(h)(3), and pursuant to Local Civil Rule 7, as set forth in the accompanying Memorandum in Support.

The Belt Line respectfully requests that the Court:

1. Dismiss the Federal Railroad Safety Act claim under Federal Rule of Civil Procedure 12(b)(6) because Plaintiff does not plausibly allege the protected activity required by 49 U.S.C. § 20109(a)(4);

2. Dismiss Plaintiff's claim under Virginia Code § 65.2-308 under Federal Rule of Civil Procedure 12(b)(6) because Plaintiff's own allegations place him outside the statute's scope;

1

3.  With no remaining independent basis for original jurisdiction, the Court should dismiss any remaining state-law claim under Rules 12(b)(1) and 12(h)(3). Alternatively, if the Court concludes that supplemental jurisdiction once existed, it should decline to exercise that jurisdiction under 28 U.S.C. § 1367(c) and dismiss the state law claim without prejudice; and

4.  Grant the Belt Line such other and further relief as the Court deems just and proper.

Dated: March 26, 2026

NORFOLK AND PORTSMOUTH BELT LINE RAILROAD COMPANY

By: _s/ James L. Chapman, IV_
James L. Chapman, IV, VSB No. 21983
W. Ryan Snow, VSB No. 47423
Andrea' N. Dunlap, VSB No. 98030
CRENSHAW, WARE & MARTIN, P.L.C.
150 W. Main Street, Suite 1923
Norfolk, Virginia 23510
Telephone: (757) 623-3000
Facsimile: (757) 623-5735
jchapman@cwm-law.com
wrsnow@cwm-law.com
adunlap@cwm-law.com
*Counsel for Norfolk and Portsmouth Belt Line Railroad Company*

2

## CERTIFICATE OF SERVICE

I certify that on this 26th day of March 2026, a true copy of the foregoing was electronically filed with the Clerk of the Court using the Court's CM/ECF system, which will send a notice of electronic filing to all registered counsel of record.

By:  *s/ James L. Chapman, IV*
James L. Chapman, IV, VSB No. 21983
W. Ryan Snow, VSB No. 47423
Andrea' N. Dunlap, VSB No. 98030
CRENSHAW, WARE & MARTIN, P.L.C.
150 W. Main Street, Suite 1923
Norfolk, Virginia 23510
Telephone: (757) 623-3000
Facsimile: (757) 623-5735
jchapman@cwm-law.com
wrsnow@cwm-law.com
adunlap@cwm-law.com
*Counsel for Norfolk and Portsmouth Belt
Line Railroad Company*

3