**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**NORFOLK DIVISION**

|  |  |
|---|---|
| ELEXANDER ADKINSON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CSX TRANSPORTATION, INC.,<br>NORFOLK & PORTSMOUTH BELT LINE<br>RAILROAD CO., and NORFOLK<br>SOUTHERN RAILWAY CORP.,<br><br>　　　　Defendants. | Case No. 2:26-cv-71-RBS-LRL |

**CSX TRANSPORTATION, INC.'S AND NORFOLK SOUTHERN RAILWAY**
**COMPANY'S NOTICE OF SUBMISSION FOR DECISION**
**WITHOUT ORAL ARGUMENT**

NOW COME Defendants CSX Transportation, Inc., and Norfolk Southern Railway Company, by counsel, and hereby notify the Court that they are submitting their pending Partial Motion to Dismiss Plaintiff's Amended Complaint (ECF No. 19) for decision on the briefs without oral argument. Counsel for the parties have conferred and agreed to submit this matter for decision on the briefs without oral argument.

Dated:  April 28, 2026　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　By:　/s/ Forrest M. Via
　　　　　　　　　　　　　　　　　　　Forrest M. Via
　　　　　　　　　　　　　　　　　　　(VSB No. 98853)
　　　　　　　　　　　　　　　　　　　David C. Bowen
　　　　　　　　　　　　　　　　　　　(VSB No. 26771)
　　　　　　　　　　　　　　　　　　　Willcox & Savage, P.C.
　　　　　　　　　　　　　　　　　　　440 Monticello Avenue, Suite 2200
　　　　　　　　　　　　　　　　　　　Norfolk, Virginia 23510
　　　　　　　　　　　　　　　　　　　Telephone:  757.628.5500
　　　　　　　　　　　　　　　　　　　Facsimile:　757.628.5566
　　　　　　　　　　　　　　　　　　　fvia@wilsav.com

1

I-3065621.1

dbowen@wilsav.com

/s/ Joseph C. Devine_____
Joseph C. Devine (pro hac vice pending)
BAKER & HOSTETLER LLP
200 Civic Center Drive, Suite 1200
Columbus, Ohio 43215
(614) 228-1541
jdevine@bakerlaw.com

*Counsel for CSX Transportation, Inc.,*
*and Norfolk Southern Railway Co.*

## CERTIFICATE OF SERVICE

I hereby certify that on April 28, 2026, a copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send notice of such filing to all parties of record.

/s/ Forrest M. Via
Forrest M. Via
(VSB No. 98853)
David C. Bowen
(VSB No. 26771)
Willcox & Savage, P.C.
440 Monticello Avenue, Suite 2200
Norfolk, Virginia 23510
Telephone:  757.628.5500
Facsimile:   757.628.5566
fvia@wilsav.com
dbowen@wilsav.com

Joseph C. Devine (pro hac vice pending)
BAKER & HOSTETLER LLP
200 Civic Center Drive, Suite 1200
Columbus, Ohio 43215
(614) 228-1541
jdevine@bakerlaw.com

*Counsel for CSX Transportation, Inc.,*
*and Norfolk Southern Railway Co.*

2

I-3065621.1