**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION**

|  |  |
|---|---|
| ELEXANDER ADKINSON,<br><br>       Plaintiff,<br><br> v.<br><br>CSX TRANSPORTATION, INC.,<br>NORFOLK & PORTSMOUTH BELT LINE<br>RAILROAD CO., and NORFOLK<br>SOUTHERN RAILWAY CORP.,<br><br>       Defendants. | Case No. 2:26-cv-71-RBS-LRL |

**CSX TRANSPORTATION, INC.'S AND NORFOLK SOUTHERN RAILWAY
COMPANY'S AMENDED NOTICE OF SUBMISSION FOR DECISION
WITHOUT ORAL ARGUMENT**

NOW COME Defendants CSX Transportation, Inc. ("CSX"), and Norfolk Southern Railway Company ("Norfolk Southern"), by counsel, and hereby notify the Court that they are submitting their pending Partial Motion to Dismiss Plaintiff's Amended Complaint ("Motion") (ECF No. 19) for decision on the briefs without oral argument. Counsel for CSX and Norfolk Southern and Plaintiff's counsel have conferred and agreed to submit CSX's and Norfolk Southern's Motion for decision on the briefs without oral argument.

Dated:  May 4, 2026                  Respectfully submitted,

By:  /s/ Forrest M. Via
       Forrest M. Via
       (VSB No. 98853)
       David C. Bowen
       (VSB No. 26771)
       Willcox & Savage, P.C.
       440 Monticello Avenue, Suite 2200
       Norfolk, Virginia 23510
       Telephone:  757.628.5500

1

I-3066986.1

Facsimile:   757.628.5566
fvia@wilsav.com
dbowen@wilsav.com

/s/ Joseph C. Devine
Joseph C. Devine (pro hac vice pending)
BAKER & HOSTETLER LLP
200 Civic Center Drive, Suite 1200
Columbus, Ohio 43215
(614) 228-1541
jdevine@bakerlaw.com

*Counsel for CSX Transportation, Inc.,
and Norfolk Southern Railway Co.*

## CERTIFICATE OF SERVICE

I hereby certify that on May 4, 2026, a copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send notice of such filing to all parties of record.

/s/ Forrest M. Via
Forrest M. Via
(VSB No. 98853)
David C. Bowen
(VSB No. 26771)
Willcox & Savage, P.C.
440 Monticello Avenue, Suite 2200
Norfolk, Virginia 23510
Telephone:  757.628.5500
Facsimile:   757.628.5566
fvia@wilsav.com
dbowen@wilsav.com

Joseph C. Devine (pro hac vice pending)
BAKER & HOSTETLER LLP
200 Civic Center Drive, Suite 1200
Columbus, Ohio 43215
(614) 228-1541
jdevine@bakerlaw.com

*Counsel for CSX Transportation, Inc.,
and Norfolk Southern Railway Co.*

2

I-3066986.1