**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
*Norfolk Division*

**ELEXANDER ADKINSON,**

    *Plaintiff*,

v.                                                                 **Civil Action No. 2:26-cv-71-RBS-LRL**

**CSX TRANSPORTATION, INC.,**

**NORFOLK AND PORTSMOUTH**
**BELT LINE RAILROAD CO.,**
**and**

**NORFOLK SOUTHERN RAILWAY CORP.,**

    *Defendants*.

## REQUEST FOR ORAL ARGUMENT

Defendant Norfolk and Portsmouth Belt Line Railroad Company ("Belt Line"), by counsel, pursuant to Local Civil Rule 7(E), respectfully requests oral argument on its pending Motion to Dismiss Plaintiff's Amended Complaint (ECF No. 21).

The Belt Line submits that oral argument would assist the Court in addressing the issues raised in the motion, including the legal sufficiency of Plaintiff's amended pleading and whether Plaintiff has alleged facts sufficient to state a claim against the Belt Line. The motion has been fully briefed, and the Belt Line respectfully requests that the Court set the matter for hearing at its convenience.

WHEREFORE, Defendant Norfolk and Portsmouth Belt Line Railroad Company respectfully requests that the Court grant oral argument on its Motion to Dismiss Plaintiff's Amended Complaint (ECF No. 21).

Dated: May 6, 2026                              NORFOLK AND PORTSMOUTH BELT
                                                LINE RAILROAD COMPANY
                                                By: _/s/ Andrea' N. Dunlap_____

James L. Chapman, IV, VSB No. 21983
W. Ryan Snow, VSB No. 47423
Andrea' N. Dunlap, VSB No. 98030
CRENSHAW, WARE & MARTIN, P.L.C.
150 W. Main Street, Suite 1923
Norfolk, Virginia 23510
Telephone: (757) 623-3000
Facsimile: (757) 623-5735
jchapman@cwm-law.com
wrsnow@cwm-law.com
adunlap@cwm-law.com
*Counsel for Norfolk and Portsmouth Belt*
*Line Railroad Company*

**CERTIFICATE OF SERVICE**

I certify that on this 6th day of May 2026, a true copy of the foregoing was electronically filed with the Clerk of the Court using the Court's CM/ECF system, which will send a notice of electronic filing to all registered counsel of record.

By:   */s/ Andrea' N. Dunlap*
James L. Chapman, IV, VSB No. 21983
W. Ryan Snow, VSB No. 47423
Andrea' N. Dunlap, VSB No. 98030
CRENSHAW, WARE & MARTIN, P.L.C.
150 W. Main Street, Suite 1923
Norfolk, Virginia 23510
Telephone: (757) 623-3000
Facsimile: (757) 623-5735
jchapman@cwm-law.com
wrsnow@cwm-law.com
adunlap@cwm-law.com
*Counsel for Norfolk and Portsmouth Belt*
*Line Railroad Company*

2