## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### *Norfolk Division*

**ELEXANDER ADKINSON,**

    *Plaintiff,*

v.

**CSX TRANSPORTATION, INC.,**

**NORFOLK AND PORTSMOUTH
BELT LINE RAILROAD CO.,
and**

**NORFOLK SOUTHERN RAILWAY CORP.,**

    *Defendants.*

**Civil Action No. 2:26-cv-71-RBS-LRL**

## <u>NOTICE OF APPEARANCE</u>

PLEASE TAKE NOTICE that the undersigned counsel, W. Ryan Snow, who is licensed

to practice before this Court, hereby enters his appearance on behalf of Norfolk and Portsmouth

Belt Line Railroad Company.

Dated: June 24, 2026

NORFOLK AND PORTSMOUTH BELT
LINE RAILROAD COMPANY

        */s/ W. Ryan Snow*
James L. Chapman, IV, VSB No. 21983
W. Ryan Snow, VSB No. 47423
Andrea' N. Dunlap, VSB No. 98030
CRENSHAW, WARE & MARTIN, P.L.C.
150 W. Main Street, Suite 1923
Norfolk, Virginia 23510
Telephone: (757) 623-3000
Facsimile: (757) 623-5735
jchapman@cwm-law.com
wrsnow@cwm-law.com
adunlap@cwm-law.com
*Counsel for Norfolk and Portsmouth Belt
Line Railroad Company*

**<u>CERTIFICATE OF SERVICE</u>**

I certify that on this 24th day of June 2026, a true copy of the foregoing was electronically filed with the Clerk of the Court using the Court's CM/ECF system, which will send a notice of electronic filing to all registered counsel of record.

_/s/ W. Ryan Snow_

James L. Chapman, IV, VSB No. 21983
W. Ryan Snow, VSB No. 47423
Andrea' N. Dunlap, VSB No. 98030
CRENSHAW, WARE & MARTIN, P.L.C.
150 W. Main Street, Suite 1923
Norfolk, Virginia 23510
Telephone: (757) 623-3000
Facsimile: (757) 623-5735
jchapman@cwm-law.com
wrsnow@cwm-law.com
adunlap@cwm-law.com
_Counsel for Norfolk and Portsmouth Belt_
_Line Railroad Company_

2