IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

ELEXANDER ADKINSON,

       Plaintiff,

v.                                                CIVIL ACTION NO.: 2:26-CV-71

CSX TRANSPORTATION, INC.,

NORFOLK & PORTSMOUTH
BELT LINE RAILROAD CO.,

and

NORFOLK SOUTHERN RAILWAY CORP.,

       Defendants.

## ORDER AMENDING RULE 16(b) SCHEDULING ORDER

It appearing that the Rule 16(b) Scheduling Order inadvertently scheduled the Final Pretrial Conference in the above matter for January 29, 2027, at 10:00 a.m.; it is accordingly

**ORDERED** that the Rule 16(b) Scheduling Order entered on June 24, 2026, ECF No. 36, is hereby amended to correct the date of the Final Pretrial Conference to be held on February 5, 2027, at 11:00 a.m.

In all other respects, the Rule 16(b) Scheduling Order entered and filed on June 24, 2026, shall remain in full force and effect.

/s/
Rebecca Beach Smith
Senior United States District Judge

Rebecca Beach Smith
Senior United States District Judge

Norfolk, Virginia
Date: August 10, 2026