**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
***Norfolk Division***

**ELEXANDER ADKINSON,**

*Plaintiff,*

v.

**CSX TRANSPORTATION, INC., NORFOLK & PORTSMOUTH BELT LINE RAILROAD CO., AND NORFOLK SOUTHERN RAILWAY CO.,**

*Defendants.*

Case No.: 2:26-cv-00071-RBS-LRL

**JOINT NOTICE OF STIPULATED DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT CSX TRANSPORTATION, INC.**

Now comes Plaintiff, Elexander Adkinson, and Defendants, CSX Transportation, Inc., Norfolk Southern Railway Co., and Norfolk & Portsmouth Belt Line Railroad Co., by and through counsel, and jointly stipulate to the dismissal of all claims of Plaintiff against Defendant CSX Transportation, Inc. without prejudice pursuant to Rules 21 and 41(a) of the Federal Rules of Civil Procedure. Each Party hereby stipulates and agrees that each Party will bear its own costs.

The Parties respectfully request that all claims asserted in the above-captioned action against Defendant CSX Transportation, Inc. be dismissed without prejudice. The Plaintiff's claims against all other Defendants are to remain pending as to all counts.

Respectfully submitted,

*/s/ Kathryn E. Averwater (per email authorization)*
Nicholas D. Thompson (VSB No. 92821)
Kathryn E. Averwater (admitted *pro hac vice*)
CASEY JONES AND BOLT LAW FIRM
2150 Third Ave., Suite 350
Anoka, MN 55303
(612) 293-5249
nthompson@caseyjones.law
kaverwater@caseyjones.law

*Counsel for Plaintiff Elexander Adkinson*

*/s/ Forrest M. Via*
Forrest M. Via (VSB No. 98853)
David Bowen (VSB No. 26771)
Willcox Savage
440 Monticello Avenue, Suite 2200
Norfolk, Virginia 23510
(757) 628-5500
fvia@wilsav.com
dbowen@wilsav.com

*/s/ Joseph C. Devine*
Joseph C. Devine (admitted *pro hac vice*)
BAKER & HOSTETLER LLP
200 Civic Center Drive, Suite 1200
Columbus, Ohio 43215
(614) 228-1541
jdevine@bakerlaw.com

*Counsel for Defendants CSX Transportation, Inc. and Norfolk Southern Railway Co.*

*/s/ James L. Chapman (per email authorization)*
James L. Chapman, IV (VSB No. 21983)
W. Ryan Snow (VSB No. 47423)
Andrea' N. Dunlap (VSB No. 98030)
CRENSHAW, WARE & MARTIN, P.L.C.
150 W. Main Street, Suite 1923
Norfolk, Virginia 23510
Telephone: (757) 623-3000
Facsimile: (757) 623-5735
jchapman@cwm-law.com
wrsnow@cwm-law.com
adunlap@cwm-law.com

*Counsel for Defendant Norfolk and Portsmouth Belt Line Railroad Co.*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 2, 2026, a copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send notice of such filing to all parties of record.

*/s/ Forrest M. Via*
Forrest M. Via (VSB No. 98853)

*Counsel for Defendants CSX Transportation, Inc. and Norfolk Southern Railway Co.*