**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**NORFOLK DIVISION**

| | |
|---|---|
| ELEXANDER ADKINSON,<br>Plaintiff,<br><br>v.<br><br>CSX TRANSPORTATION, INC., NORFOLK & PORTSMOUTH BELT LINE RAILROAD CO., and NORFOLK SOUTHERN RAILWAY CO.,<br>Defendant. | Case No. 2:26-cv-00071-RBS-LRL |

**JOINT MOTION FOR EXTENSION OF DEADLINE FOR SERVICE OF DEFENDANTS' OBJECTIONS TO PLAINTIFF'S DISCOVERY REQUESTS**

NOW COME the Plaintiff, Elexander Adkinson ("Plaintiff"), and the Defendants, Norfolk Southern Railway Company ("NSRC") and Norfolk & Portsmouth Belt Line Railroad Co. ("NPBL") (collectively, "Defendants"), by counsel, and jointly move for an extension of Defendants' current deadline to serve Objections to Plaintiff's Interrogatories and Requests for Production, on the following grounds:

1. On September 16, 2026, Plaintiff's counsel served Interrogatories and Requests for Production on counsel for Defendants.

2. Under Local Rule 26(C), Defendants' current deadline to serve Objections to Plaintiff's Interrogatories and Requests for Production is October 1, 2026.

3. On September 28, 2026, Plaintiff's counsel agreed to an extension to October 16, 2026, for NSRC to serve its Objections to Plaintiff's Interrogatories and Requests for Production.

4. On September 29, 2026, Plaintiff's counsel agreed to the same extension for NPBL.

5. The requested extension will not cause prejudice to any party given that the parties mutually agreed to said extension.

6. The parties' request for said extension is made in good faith and not for purposes of delay.

7. Accordingly, the parties submit that good cause exists to extend Defendants' current deadline to serve Objections to Plaintiff's Interrogatories and Requests for Production.

8. A proposed Agreed Order granting the requested extension is attached hereto as **Exhibit A**.

9. Given that the parties consent to the requested extension, a hearing with oral argument on this Motion is not necessary, and, pursuant to Local Rule 7(E), the parties request that the Court's decision on this Motion be made on the papers.

WHEREFORE, Plaintiff and Defendants, by counsel, respectfully request that the Court grant their Joint Motion and enter the proposed Agreed Order extending Defendant's deadline to serve said Objections to October 16, 2026.

Dated: September 29, 2026

Respectfully submitted,

NORFOLK SOUTHERN RAILWAY COMPANY

By: */s/ Forrest M. Via*
Forrest M. Via
(VSB No. 98853)
WILLCOX & SAVAGE, P.C.
440 Monticello Avenue, Suite 2200
Norfolk, Virginia 23510
Telephone: 757.628.5500
Facsimile: 757.628.5566
fvia@wilsav.com

*/s/ Joseph C. Devine*
Joseph C. Devine
(admitted pro hac vice)
BAKER & HOSTETLER LLP
200 Civic Center Drive, Suite 1200
Columbus, Ohio 43215
(614) 228-1541

jdevine@bakerlaw.com

*Counsel for Defendant Norfolk Southern Railway Company*

NORFOLK & PORTSMOUTH BELT LINE RAILROAD CO.

By: /s/ James L. Chapman, IV

James L. Chapman, IV
(VSB No. 21983)
W. Ryan Snow
(VSB No. 47423)
Andrea' N. Dunlap
(VSB No. 98030)
CRENSHAW, WARE & MARTIN, PLC
150 W. Main Street, Suite 1923
Norfolk, Virginia 23510
Telephone: (757) 623-3000
Facsimile: (757) 623-5735
jchapman@cwm-law.com
wrsnow@cwm-law.com
adunlap@cwm-law.com
*Counsel for Norfolk and Portsmouth Belt Line Railroad Company*

ELEXANDER ADKINSON

By: /s/ Nicholas D. Thompson

Nicholas D. Thompson
(VSB No. 92821)
Kathryn E. Averwater
(admitted pro hac vice)
CASEY JONES AND BOLT LAW FIRM
2150 Third Ave., Suite 350
Anoka, MN 55303
(612) 293-5249
nthompson@caseyjones.law
kaverwater@caseyjones.law
*Counsel for Plaintiff Elexander Adkinson*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 29th day of September, 2026, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing to all counsel of record.

*/s/ Forrest M. Via*