**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**NORFOLK DIVISION**

| | |
|---|---|
| ELEXANDER ADKINSON,<br>Plaintiff,<br>v.<br>CSX TRANSPORTATION, INC., NORFOLK & PORTSMOUTH BELT LINE RAILROAD CO., and NORFOLK SOUTHERN RAILWAY CO.,<br>Defendant. | Case No. 2:26-cv-00071-RBS-LRL |

**[PROPOSED] AGREED ORDER GRANTING JOINT MOTION FOR EXTENSION OF DEADLINE FOR SERVICE OF DEFENDANTS' OBJECTIONS TO PLAINTIFF'S DISCOVERY REQUESTS**

THIS CAUSE is before the Court on Plaintiff Elexander Adkinson's ("Plaintiff") and Defendants Norfolk Southern Railway Company's and Norfolk & Portsmouth Belt Line Railroad Co.'s ("Defendants") Joint Motion for Extension of Deadline for Service of Defendants' Objections to Plaintiff's Discovery Requests; and

IT APPEARING to the Court based upon consideration of said Motion that good cause exists for the requested extension of the current deadline of October 1, 2026, for Defendants to serve Objections to Plaintiff's Interrogatories and Requests for Production; it is hereby

ORDERED that Defendants shall have until October 16, 2026, to serve Objections to Plaintiff's Interrogatories and Requests for Production.

ENTERED this __ day of __________________, 2026.

______________________________
Judge



I-4012696.1

**EXHIBIT A**

WE ASK FOR THIS:

*/s/ Forrest M. Via*
Forrest M. Via
(VSB No. 98853)
WILLCOX & SAVAGE, P.C.
440 Monticello Avenue, Suite 2200
Norfolk, Virginia 23510
Telephone: 757.628.5500
Facsimile: 757.628.5566
fvia@wilsav.com

*/s/ Joseph C. Devine*
Joseph C. Devine
(admitted pro hac vice)
BAKER & HOSTETLER LLP
200 Civic Center Drive, Suite 1200
Columbus, Ohio 43215
(614) 228-1541
jdevine@bakerlaw.com

*Counsel for Defendant Norfolk Southern Railway Company*

*/s/ James L. Chapman, IV*
James L. Chapman, IV
(VSB No. 21983)
W. Ryan Snow
(VSB No. 47423)
Andrea' N. Dunlap
(VSB No. 98030)
CRENSHAW, WARE & MARTIN, PLC
150 W. Main Street, Suite 1923
Norfolk, Virginia 23510
Telephone: (757) 623-3000
Facsimile: (757) 623-5735
jchapman@cwm-law.com
wrsnow@cwm-law.com
adunlap@cwm-law.com
*Counsel for Norfolk & Portsmouth Belt Line Railroad Company*

*/s/ Nicholas D. Thompson*
Nicholas D. Thompson

(VSB No. 92821)
Kathryn E. Averwater
(admitted pro hac vice)
CASEY JONES AND BOLT LAW FIRM
2150 Third Ave., Suite 350
Anoka, MN 55303
(612) 293-5249
nthompson@caseyjones.law
kaverwater@caseyjones.law
*Counsel for Plaintiff Elexander Adkinson*