**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
***Norfolk Division***

**ELEXANDER ADKINSON,**

*Plaintiff,*

v.

**CSX TRANSPORTATION, INC., NORFOLK & PORTSMOUTH BELT LINE RAILROAD CO., AND NORFOLK SOUTHERN RAILWAY CO.,**

*Defendants*.

Case No.: 2:26-cv-00071-RBS-LRL

**JOINT MOTION FOR ENTRY OF PROPOSED PROTECTIVE ORDER**

COME NOW, Plaintiff, Elexander Adkinson, and Defendants, Norfolk Southern Railway Co. and Norfolk & Portsmouth Belt Line Railroad Co., by and through counsel, and jointly move this Court for entry of a Protective Order Governing Confidential Materials, attached to this Motion as “Exhibit 1,” stating the following in support:

1. The parties may be required to produce or disclose confidential documents or things in the course of discovery in this case.

2. Entry of the proposed attached Order Governing Confidential Materials will facilitate the orderly and cost-effective discovery of relevant information.

3. The parties and have met and conferred, and are mutually agreeable to all terms of the attached Order.

WHEREFORE, for the foregoing reasons, the parties jointly move this Court for entry of a Protective Order Governing Confidential Materials, attached to this Motion as “Exhibit 1.”

This 19th day of November, 2026.

Respectfully submitted,

*/s/ Nicholas D. Thompson*
Nicholas D. Thompson (VSB No. 92821)
Kathryn E. Averwater (admitted PHV)
Casey Jones Law
323 North Washington Avenue, Suite 200
Minneapolis, MN 554013520
(612) 293-5249
nthompson@caseyjones.law
kaverwater@caseyjones.law

*Counsel for Plaintiff Elexander Adkinson*

*/s/ Forrest M. Via*
Forrest M. Via (VSB No. 98853)
David Bowen (VSB No. 26771)
Willcox Savage
440 Monticello Avenue, Suite 2200
Norfolk, Virginia 23510
(757) 628-5500
fvia@wilsav.com
dbowen@wilsav.com

*/s/ Joseph C. Devine*
Joseph C. Devine (admitted *pro hac vice*)
BAKER & HOSTETLER LLP
200 Civic Center Drive, Suite 1200
Columbus, Ohio 43215
(614) 228-1541
jdevine@bakerlaw.com

*Counsel for Defendant Norfolk Southern Railway Co.*

*/s/ James L. Chapman*
James L. Chapman, IV (VSB No. 21983)
W. Ryan Snow (VSB No. 47423)
Andrea' N. Dunlap (VSB No. 98030)
CRENSHAW, WARE & MARTIN, P.L.C.
150 W. Main Street, Suite 1923
Norfolk, Virginia 23510
Telephone: (757) 623-3000
Facsimile: (757) 623-5735
jchapman@cwm-law.com
wrsnow@cwm-law.com
adunlap@cwm-law.com

*Counsel for Defendant Norfolk and Portsmouth Belt Line Railroad Co.*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 19, 2026, a copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send notice of such filing to all parties of record.

*/s/ Forrest M. Via*
Forrest M. Via (VSB No. 98853)

*Counsel for Defendant Norfolk Southern Railway Co.*